No. 162. HERMAN A. WAGNER *v.* CITY OF MILWAUKEE ET AL. Error to the Supreme Court of the State of Wisconsin. Argued November 21, 1924. Decided November 24, 1924. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Farrel* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Leon B. Lamfrom* and *Mr. Benjamin Poss* for

plaintiff in error. *Mr. John M. Niven* and *Mr. Charles W. Babcock* appeared for defendants in error.